(118 So. 923)

Henry COVIS, Jr., v. STATE. (1 Div. 781.) Court of Appeals of Alabama. May 15, 1928. Rehearing Denied June 5, 1928. Reversed on Mandate Oct. 30, 1928.

Saffold Berney, Judge.

Gordon, Edington & Leigh, of Mobile, for appellant. Charlie C. McCall, Atty. Gen., and W. M. Rayburn, Asst. Atty. Gen., for the State.

RICE, J. This case is a companion case to Vincent Covis v. State, ante, p. 579, 118 So. 49, they having been tried together. Upon the au-

thority of the opinion in the case of Vincent Covis v. State, ante, p. 579, 118 So. 49, the judgment here appealed from is affirmed. Affirmed.

PER CURIAM. Reversed and remanded on authority of Henry Covis v. State, 118 So. 920.